OSTROWITZ & OSTROWITZ, ESQS.
Attorneys for Creditor
NEW MILLENNIUM BANK
305 Broadway, 7th Floor
New York, New York 10007
(212) 509-2800
(732) 446-5837 (fax)
Jennifer M. Marcus, JM2561
jmmarcus@optonline.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------x

IN RE: RALPH COSTAGLIOLA,

                                  NOTICE OF APPEARANCE
                                  AND REQUEST FOR PAPERS

                                  Case No. 1-21-42417-ESS
         Debtor.

                                  Chapter 11


-------------------------------x

       **NOTICE IS HEREBY GIVEN** that the Claimant named below, is a New Jersey State Chartered Bank, as follows:

        NEW MILLENNIUM BANK
        57 Livingston Avenue
        New Brunswick, New Jersey 08901

    That the undersigned represents that she is duly authorized to and does hereby appear in this case by and through the attorneys set forth hereinbelow, and requests, pursuant to 11 U.S.C. Section 342(e)(1) and Bankruptcy Rule 9010, that all notices, pleadings, orders, motions, petitions, complaints, distribution checks and papers of any kind, be mailed to counsel set forth hereinbelow, and that the correct post office address of the counsel for the Claimant to which all such papers, notices, pleadings, distribution checks, etc. should be mailed is
stated below:

OSTROWITZ & OSTROWITZ, ESQS.
225 Gordons Corner Road, Suite 1J
Manalapan, New Jersey 07726
Tel.: (732) 446-2800
Fax.: (732) 446-5837

DATED: September 28, 2021

          OSTROWITZ & OSTROWITZ, ESQS.
          Attorneys for Claimant


          BY: /s/ JENNIFER M. MARCUS
              JM2561