UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                 :

RALPH COSTAGLIOLA,                    :        Case No. 21-42417-ess

                   Debtor.                    :
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that by this notice of appearance ("Notice of Appearance"), the undersigned attorney, a member of the Bar of this Court, hereby enters an appearance in the above-captioned proceeding as counsel for creditor Michael Morrone under Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 342 of the Bankruptcy Code. The undersigned hereby requests that all notices given or required to be served in this proceeding, whether written or oral, and all papers served in this case be given to or served upon:

> GOETZ FITZPATRICK LLP
> Scott D. Simon, Esq.
> One Penn Plaza, 31st Floor
> New York, New York 10119
> Telephone: (212) 695-8100
> Email: ssimon@goetzfitz.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, and demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission,

1

telegraph, telex or otherwise that affects or seek to affect in any way the rights or interest of any party-in-interest in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver by Morrone of any rights, claims, actions, defenses, setoffs or recoupments to which Morrone is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
October 6, 2021

GOETZ FITZPATRICK LLP

By: /s/Scott D. Simon
    Scott D. Simon
One Penn Plaza, 31st Floor
New York, New York 10119
212-695-8100