CORASH & HOLLENDER, P.C.
Attorneys for Debtor and Debtor-in-Possession
PAUL HOLLENDER, ESQ.
1200 South Avenue, Suite 201
The Corporate Park of Staten Island
Staten Island, New York 10314
Telephone: (718) 442-4424
Facsimile:  (718) 273-4847

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

      **RALPH COSTAGLIOLA**,

               Debtor and Debtor-in-Possession.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Chapter 11**

**Case No.: 1-21-42417-ess**

## NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Debtor and Debtor-in-possession, RALPH COSTAGLIOLA |
| **RELIEF REQUESTED:** | An Order: Extending Debtor's Exclusive Period for Filing a Plan of Reorganization pursuant to Bankruptcy Code §1121(d) for a period of 90 days and to obtain acceptance of plan for a period of 90 days. |
| **SUPPORTING PAPERS**: | Application in support of Motion |
| **MOTION RETURNABLE PLACE:** | U.S. Bankruptcy Court Eastern District of New York 271 Cadman Plaza East Brooklyn, New York 11201 |
| **JUDGE:** | Elizabeth S. Stong |
| **DATE:** | January 28, 2022 |
| **TIME:** | 10:30 a.m. |

**PLEASE TAKE FURTHER NOTICE**, that any responses or objections to the Motion must be filed in the Office of the Clerk of the Bankruptcy Court electronically in accordance with General Order #473(General Order #473 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order #473 or by first-class mail and served upon the below referenced parties. All responses or objections shall be served upon (i) the attorneys for the Debtor, Corash & Hollender, PC, 1200 South Ave, Ste. 201, Staten Island, NY 10314 and (ii) the Office of the United States Trustee, 201 Varrick Street, Suite 1006, New York, NY 10014. Any and all responses or objections to the Motion must be received no later than seven business days prior to the Hearing.

Dated: Staten Island, New York
January 3, 2022

                                            CORASH & HOLLENDER, P.C.
                                            Attorneys for Debtor, Ralph Costagliola

                                            By: _____/s/_____
                                              PAUL HOLLENDER, ESQ.
                                             1200 South Avenue, Suite 201
                                             The Corporate Park of Staten Island
                                             Staten Island, New York 10314
                                             Telephone: (718) 442-4424

To:

        Office of the United States Trustee
        Eastern District of New York
        201 Varick Street, Suite 1006
        New York, New York 10014

        All Creditors and parties of interest