UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

                                                        CHAPTER 11

RALPH COSTAGLIOLA,                        Case No. 1-21-42417-ess

                    Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER EXTENDING EXCLUSIVE TIME TO FILE PLAN**

Ralph Costagliola, the above-named Debtor and Debtor-in-Possession, having moved this Court pursuant to 11 USC Section 1121(d) for an order extending the Debtor's exclusive time to file his plan of reorganization by 90 days and for soliciting acceptances to his plan for a period of 90 days and the motion having been served on the Office of the United States Trustee and all creditors and parties of interest, and the matter having come before the Court on January 28, 2022, and the debtor having appeared by Corash & Hollender, PC and upon the Debtor's motion and the hearing held before the Court, it is:

**ORDERED** that pursuant to 11 USC Section 1121(d), the Debtor's exclusive time under 11 USC Section 1121(b) to file a plan of reorganization is increased to April 25, 2022 and his time to obtain acceptances to the plan is increased to June 25, 2022.